UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PICTURE PRO, LLC                                                    CIVIL ACTION

VERSUS                                                                     NO. 22-4167

ROYAL ALICE PROPERTIES, LLC                      SECTION "R" (1)

## **ORDER**

Before the Court is Arrowhead Capital Finance,

LLC's ("Arrowhead") motion for sanctions under

Fed. R. Bankr. P. 8020(a).  This appeal is identical to

the matter previously before the Court captioned *In*

*re Royal Alice Properties, LLC*, No. 22-cv-4165 (E.D.

La.).[1]  The parties, issues, and briefs are the same in

both matters.   Likewise, Arrowhead's motion is

identical to the sanctions motion in *In re Royal Alice*

*Properties, LLC*, No. 22-cv-4165 (E.D. La.). For the

reasons laid out in the Court's May 30, 2023 Order

and Reasons denying Arrowhead's sanctions motion,

---

[1]     *See* R. Doc. 1.    Except where otherwise
indicated, record citations correspond to the
civil case before this Court, *i.e.*, Case No. 22-cv-
4167.  *Compare In re Royal Alice Properties,*
*LLC*, No. 22-cv-4165, R. Doc. 1.

which is attached hereto and incorporated by reference, Arrowhead's motion under Rule 8020 is DENIED.

New Orleans, Louisiana, this __31st__ day of May, 2023.

_____

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE